Eastern District of Kentucky
**FILED**

MAR 30 2017

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| DEMOND WARNER, MARCUS THOMAS, and JAMES BOST | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 5:16-cv-00298-JMH |
| 1840 MCCULLOUGH AVENUE, LLC | ) ) ) | |
| and | ) ) | |
| R INVESTMENTS, RLLP | ) ) | |
| Defendants. | ) | |

### ORDER OF APPROVAL AND DISMISSAL OF ACTION

Now before the Court is the parties' Joint Motion to Approve the Confidential Settlement Agreement and Release of all Claims and to dismiss the matter with prejudice.

It is hereby

ORDERED that the Confidential Settlement Agreement and Release of all Claims is Approved and that the matter is dismissed with prejudice.

*[signature]*
UNITED STATES DISTRICT JUDGE

DATED: